**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

*12-CV-369*

### PETITION

I <u>Jerry S. Goldman, Esquire</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: <u>1600 Market Street, Suite 2500, Philadelphia, PA 19103</u>

Office Telephone: <u>(267) 216-2700</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

<u>Eastern District of Pennsylvania: 1983; Pennsylvania: 1982; Southern District of New York: 1980; Eastern District of New York: 1980; New York: 1977; 2nd Circuit: 1983; 3rd Circuit: 1983; United States Supreme Court: 1981; Massachusetts 1977</u>

My attorney Identification number is: <u>37249</u>

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

BEFORE JUDGE
____ U.S. DISTRICT JUDGE ____ U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED  *[signature]*
____ U.S. DISTRICT JUDGE ____ U.S. MAGISTRATE JUDGE

Date: _____

Date: 4-4-12

FILED
SCRANTON
APR 04 2012
PER _____
DEPUTY CLERK