IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN CHESKIEWICZ,<br><br>Plaintiff,<br><br>v.<br><br>HERAEUS NOBLELIGHT LLC,<br><br>Defendant. | CIVIL ACTION NO. 12-00369 |

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel for the Defendant, Heraeus NobleLight LLC, in the above captioned matter.

April 12, 2012                    By: _____
                                       Darin J. McMullen, Esquire

**Anderson Kill & Olick, P.C.**
1600 Market Street
Suite 2500
Philadelphia, PA  19103
Telephone:  267-216-2700

**Attorneys for Defendant
Heraeus NobleLight LLC**

## CERTIFICATE OF SERVICE

I, DARIN J. MCMULLEN, Esquire, hereby certify that at my direction, on this date, a true and correct copy of the foregoing Entry of Appearance was filed with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Kimberly D. Borland, Esq.
The Law Offices of Borland & Borland, L.L.P.
69 Public Square, 11th Floor
Wilkes-Barre, PA 18701

April 12, 2012

_____
Darin J. McMullen, Esquire