**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLAN CHESKIEWICZ,<br><br>     Plaintiff,<br><br>v.<br><br>HERAEUS NOBLELIGHT LLC<br><br>     Defendant. | CIVIL ACTION NO.: 12-cv-00369-RPC |

**DEFENDANT'S RULE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Heraeus NobleLight LLC, a Delaware limited liability company with a principal place of business in Duluth, GA, states that it is wholly owned subsidiary of Heraeus Incorporated, a Delaware corporation with a principle place of business in New York, NY, which is, in turn, a wholly owned subsidiary of Heraeus Holding GmbH, of Hanau, Federal Republic of Germany (a privately held company).

Dated: Philadelphia, PA
    April 19, 2012

                By: /s/ Darin McMullen
                   Jerry S. Goldman, Esq.
                   Darin F. McMullen, Esq.
                   ANDERSON KILL & OLICK, P.C.
                   1600 Market Street, Suite 2500
                   Philadelphia, PA  19103
                   Telephone: (267) 216-2700
                   Facsimile: (215) 568-4573

                   *Attorneys for Defendant*
                   *Heraeus NobleLight LLC*