```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Alan Cheskiewcz | : | |
| | : | |
| | : | (Judge Conaboy) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | 3: 12-CV-369 |
| Heraues Noblelight, LLC | : | |
| | : | |
| | : | |
| | : | |
| Defendant | : | |
| | : | |

---

## CASE MANAGEMENT ORDER

And Now, this 3rd day of May, 2012, per telephone discussions held on May 2, 2012, with counsel for the parties, and counsel agreeing to forego the Case Management Conference scheduled for May 3, 2012, the Court adopts the proposed schedule submitted to the Court and will issue the following Case Management Order:

1. All discovery will be completed on or before **October 1, 2012.**

2. Any additional parties shall be identified on or before **October 1, 2012**.

3. Any amendments to the pleadings shall be completed on or before **October 1, 2012**.

4. Plaintiff's expert's report will be supplied to the Defendant on or before **November 1, 212.**

5. Defendant's expert's report shall be supplied to the Plaintiff on or before **December 1, 2012**.

6. All dispositive motions shall be filed on or before.
   **November 1, 2012.**

7. A final pretrial conference will be held in this matter on **Wednesday, March 27, 2013, at 10:00 a.m. in Chambers. Pretrial memorandums, points for charge, written expert reports of expert witnesses scheduled to testify, and Special Verdict Questions, shall be filed on or before March 20, 2013 .**

8. Motions In Limine, if any, shall be filed on or before **March 1, 2013** .

9. Counsel are directed to notify the Court by letter, no later than **October 1, 2012,** regarding the status of settlement in this case. If counsel feel settlement discussions would be useful and potentially successful, counsel are directed to include in this notification dates of availability for the Court to schedule a settlement conference.

10. This case is assigned to April 2013, Trial List, with Jury Selection to commence on **Monday, April 1, 2013, at 9:30 a.m. in Scranton, Pa.**

   IT IS SO ORDERED.

   S/Richard P. Conaboy
   Richard P. Conaboy
   United Stated District Judge