UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ALLAN CHESKIEWICZ,              )  CASE NO. 12-CV-00369
      Plaintiff                  )
                           )

v.                            )

HERAUES NOBLELIGHT LLC.    )  Judge Conaboy
      Defendant         )
                           )

**FILED
SCRANTON**

MAY 1 8 2012

PER _____ _C7c___
DEPUTY CLERK

## ORDER

And now this ___18th___ day of May, 2012, upon consideration of Plaintiff's

unopposed Motion to Extend Time to Respond to Counterclaim, and Defendant's

counsel's concurrence therewith, said Motion is GRANTED.  The amended deadline is

as follows:

Counterclaim Answer deadline -- June 2, 2012

BY THE COURT,

_Richard P. Conaboy_
                           J