UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN CHESKIEWICZ,<br><br>          Plaintiff,<br><br>v.<br><br>HERAEUS NOBLELIGHT LLC<br><br>          Defendant. | CIVIL ACTION NO.: 12-cv-00369-RPC<br><br>JUDGE RICHARD P. CONABOY |

FILED
SCRANTON

JUN 2 5 2012

PER_____
DEPUTY CLERK

## STIPULATION AND ORDER RE: JURISDICTIONAL DISCOVERY

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel for Plaintiff Allan Cheskiewicz and the Defendant Heraeus NobleLight LLC, that the Parties agree to stay substantive discovery for ninety (90) days (subject to renewal), and, instead, engage in a limited period of jurisdictional discovery. The Parties shall engage in jurisdictional discovery during this period to determine the nature and timing of Mr. Cheskiewicz's communications with the Equal Employment Opportunity Commission.

**IT IS FURTHER STIPULATED AND AGREED** that the Parties may jointly seek extensions of the relevant deadlines included the Court's Case Management Order dated May 3, 2012, upon completing jurisdictional discovery.

This matter came on to be considered this ____5th____ day of ____June____, 2012, Plaintiff and Defendant, by and through counsel, having made it known to the Court that they have agreed to this Stipulation staying substantive discovery and providing for a period of jurisdictional discovery, and it appearing that the parties have consented hereto,

phidocs-65396.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Court approves of the stipulation and substantive discovery is hereby stayed for ninety (90) days.

/s/ *signature*
Hon. Judge Richard P. Conaboy

Dated: June 22, 2012

I hereby consent to the form and entry of the within Order:

| /s/ Darin McMullen | /s/ Kimberly D. Borland |
|---|---|
| DARIN MCMULLEN, ESQUIRE | KIMBERLY D. BORLAND, ESQUIRE |
| JERRY GOLDMAN, ESQUIRE | BORLAND & BORLAND, LLP |
| ANDERSON KILL & OLICK, P.C. | 69 PUBLIC SQUARE |
| 1600 MARKET STREET, SUITE 2500 | 11TH FLOOR |
| PHILADELPHIA, PA 19103 | WILKES-BARRE PA 18701 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

2

phidocs-65396.1