```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

 Alan Cheskiewcz                    :
                                    :
                                    :         (Judge Conaboy)
           Plaintiff,               :
                                    :
              v.                    :
                                    :         3: 12-CV-369
 Heraues Noblelight, LLC            :
                                    :
                                    :
                                    :
           Defendant                :
                                    :
------------------------------------------------------------------
```

## AMENDED CASE MANAGEMENT ORDER

And Now, this 3rd day of October, 2012, upon consideration of the Joint Motion for Extension of Discovery and Related Deadlines, said motion, (Doc.20), is granted and the following amended scheduled shall apply to this matter:

1. All discovery will be completed on or before **February 1, 2013.**

2. Any additional parties shall be identified on or before **February 1, 2013**.

3. Any amendments to the pleadings shall be completed on or before **February 1, 2013**.

4. Plaintiff's expert's report will be supplied to the Defendant on or before **March 1, 2013.**

5. Defendant's expert's report shall be supplied to the Plaintiff on or before **April 1, 2013**.

6. All dispositive motions shall be filed on or before.

    **April 1, 2013.**

7. A final pretrial conference will be held in this matter on

    **Thursday, May 30, 2013, at 10:00 a.m. in Chambers.**

    **Pretrial memorandums, points for charge, written expert reports of expert witnesses scheduled to testify, and Special Verdict Questions, shall be filed on or before May 23, 2013 .**

8. Motions In Limine, if any, shall be filed on or before

    **May 1, 2013** .

9. Counsel are directed to notify the Court by letter, no later than **February 1, 2013,** regarding the status of settlement in this case. If counsel feel settlement discussions would be useful and potentially successful, counsel are directed to include in this notification dates of availability for the Court to schedule a settlement conference.

10. This case is reassigned to June 2013,Trial List, with Jury Selection to commence on **Monday, June 3, 2013, at 9:30 a.m. in Scranton, Pa.**

        IT IS SO ORDERED.

                S/Richard P. Conaboy
                Richard P. Conaboy
                United Stated District Judge