# ANDERSON KILL & OLICK, P.C.

Attorneys and Counsellors at Law

1600 MARKET STREET ■ SUITE 2500 ■ PHILADELPHIA, PA 19103
TELEPHONE: 267-216-2700 ■ FAX: 215-568-4573
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
(267) 216-2795

*By Fax and Fed Ex*

March 29, 2013

Richard P. Conaboy
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

FILED
SCRANTON

APR 0 1 2013

PER_____
DEPUTY CLERK

Re: Allan Cheskecwicz v. Heraeus Noblelight, LLC
Case No. 12-cv-00369-RPC

Dear Judge Conaboy:

I represent the defendant in the above entitled action and am writing this letter on behalf of both the plaintiff and the defendant.

A proposed settlement agreement has been executed by the plaintiff and has been forwarded to my client for execution, subject to the unequivocal statutory right of the plaintiff to withdraw his agreement to its terms within a stated period of time. We anticipate that the process will go forward and the parties will both perform their obligations set forth in the settlement.

Pending such execution and the filing of the anticipated documentation withdrawing both the plaintiff's claims and the defendant's counterclaims, we are requesting that the court defer all dates on the present scheduling order for forty five (45) days.

Respectfully submitted,

Jerry S. Goldman

JSG:eh

cc: Kimberly Borland, Esq.

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Stamford, CT

phldocs-67078.1