IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALLAN CHESKIEWICZ          :

      Plaintiff,

V.                         : (Judge Conaboy)

HEREAUS NOBLE LIGHT, LLC.

                          : 12-CV-369

      Defendant,

FILED
SCRANTON

APR 04 2013

PER _____
    DEPUTY CLERK

### ORDER

AND NOW, this 4 day of April, 2013, Upon receipt of correspondence from counsel for the Defendant, (Doc.24), informing the Court that a tentative settlement agreement has been reached, and counsel are awaiting materials in the execution of the agreement, the following Order is entered:

1. Counsel's request to defer all deadlines in the current scheduling order by forty-five (45) days is granted.

2. Counsel shall promptly notify the Court no later than **May 16, 2013,** as to the status of the settlement agreement reached between the parties.

BY THE COURT:

_____
Richard P. Conaboy
United States District Judge