UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAN CHESKIEWICZ,<br><br>        Plaintiff,<br><br>   v.<br><br>HERAEUS NOBLELIGHT LLC<br><br>        Defendant. | CIVIL ACTION NO.: 12-cv-00369-RPC<br><br>JUDGE RICHARD P. CONABOY |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the undersigned attorneys for the parties in the above-captioned action that the action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 25, 2013

ANDERSON KILL & OLICK, P.C.

By: _____
Jerry S. Goldman, Esquire
Darin J. McMullen, Esquire
1600 Market Street
Suite 2500
Philadelphia, PA 19103
(267) 216-2700

Attorneys for Defendant
*Heraeus NobleLight LLC*

BORLAND & BORLAND, LLP

By: _____
Kimberly D. Borland, Esq.
69 Public Square
11th Floor
Wilkes-Barre, PA 18701-2597
(570) 822-3311

Attorney for Plaintiff
*Allan Cheskiewicz*

SO ORDERED THIS ___ DAY OF MARCH, 2013

_____
HON. RICHARD P. CONABOY
Judge, United States District Court
Middle District of Pennsylvania

phidocs-66812.5